IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ERIC M. ROBINSON,

               Plaintiff,

      vs.

MARK WEBER, Counsel for Discipline,
Official capacity; and JOHN STEELE,
Asst. Counsel For Discipline, Official
capacity;

             Defendants.

**8:19CV538**

**MEMORANDUM AND ORDER**

This matter is before the court on its own motion. On April 13, 2020, documents sent to Plaintiff at his last known address at the Lancaster County Department of Corrections in two of his other cases were returned to this court as undeliverable because Plaintiff is no longer incarcerated there. (*See* Filing No. 16, Case No. 4:18CV3154; Filing No. 29, Case No. 8:19CV42.) Plaintiff has an obligation to keep the court informed of his current address at all times. *See* NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the court of address changes within 30 days). This case cannot be prosecuted in this court if Plaintiff's whereabouts remain unknown.

IT IS THEREFORE ORDERED that:

1.    Plaintiff must update his address within 30 days. Failure to do so will result in dismissal of this action without further notice to Plaintiff.

2.    The clerk of the court is directed to set a pro se case management deadline in this case using the following text: **May 18, 2020**: check for address.

Dated this 16th day of April, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge