IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ERIC M. ROBINSON,<br><br>               Plaintiff,<br><br>    vs.<br><br>MARK WEBER, Counsel for Discipline, Official capacity; and JOHN STEELE, Asst. Counsel For Discipline, Official capacity;<br><br>               Defendants. | **8:19CV538**<br><br>**MEMORANDUM AND ORDER** |

      This matter is before the court on its own motion. On April 16, 2020, the court entered an order directing Plaintiff to update his address after documents sent to Plaintiff at the Lancaster County Department of Corrections were returned to this court as undeliverable because Plaintiff is no longer incarcerated there. (Filing 14.) Plaintiff gave notice of his current address in one of his other pending cases (*see* filing 27, Case No. 8:19CV43), and the court updated his address in this case accordingly. On June 15, 2020, an order sent to Plaintiff at his last known address in another of his pending cases was returned to this court as undeliverable. (*See* Filing 13, Case No. 8:19CV123.) Plaintiff has an obligation to keep the court informed of his current address at all times. *See* NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the court of address changes within 30 days). This case cannot be prosecuted in this court if Plaintiff's whereabouts remain unknown.

      IT IS THEREFORE ORDERED that:

      1.    Plaintiff must update his address by **June 29, 2020**. Failure to do so will result in dismissal of this action without further notice to Plaintiff.

2. The clerk of the court is directed to set a pro se case management deadline in this case using the following text: **June 29, 2020**: check for address.

Dated this 18th day of June, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge