IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ERIC M. ROBINSON,

    Plaintiff,

vs.

MARK WEBER, Counsel for Discipline, Official capacity; and JOHN STEELE, Asst. Counsel For Discipline, Official capacity;

    Defendants.

**8:19CV538**

**MEMORANDUM AND ORDER**

On June 18, 2020, the court ordered Plaintiff to update his address with the court by June 29, 2020 or face dismissal of this action. (Filing 17.) To date, Plaintiff has not updated his address or taken any other action in this matter.

IT IS THEREFORE ORDERED that:

1. This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders.

2. Plaintiff's pending motions (filings 9, 11, 12, & 13) are denied as moot.

3. The court will enter judgment by a separate document.

Dated this 30th day of June, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge