IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ERIC M. ROBINSON,<br><br>           Plaintiff,<br><br>  vs.<br><br>MARK WEBER, Counsel for Discipline, Official capacity; and JOHN STEELE, Asst. Counsel For Discipline, Official capacity;<br><br>           Defendants. | **8:19CV538**<br><br>**MEMORANDUM AND ORDER** |

       This matter is before the court on Plaintiff's motion for reconsideration (filing 23) asking the court to vacate the June 30, 2020 Memorandum and Order and Judgment dismissing this case without prejudice. The court has already vacated the earlier dismissal and reinstated this case on the pro se docket. (Filing 22.)

       IT IS THEREFORE ORDERED that:

       1.     Plaintiff's motion for reconsideration (filing 23) is denied as moot.

       2.     Plaintiff is advised that he has until August 10, 2020 to either file a new request for leave to proceed in forma pauperis or pay the court's $400.00 filing and administrative fees in accordance with the court's July 9, 2020 Memorandum and Order (filing 22).

Dated this 23rd day of July, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge